## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **122 Western Avenue, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3353287** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **122 Western Ave.** **Akron, OH 44313** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Summit** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5311

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Roofsmith Restoration, Inc.** | Relationship | **Affiliate** |
| | District | **N.D. Ohio** | When **5/20/24** | Case number, if known **24-50743** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

**████ Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**
                MM / DD / YYYY

**X** **/s/ Michael Farist**                                    **Michael Farist**
       Signature of authorized representative of debtor        Printed name

Title    **President / CEO**

**18. Signature of attorney**

**X** **/s/ Marc B. Merklin**                    Date **June 20, 2024**
       Signature of attorney for debtor                MM / DD / YYYY

**Marc B. Merklin 0018195**
Printed name

**Brouse McDowell, LPA**
Firm name

**388 S. Main Street, Suite 500**
**Akron, OH 44311**
Number, Street, City, State & ZIP Code

Contact phone    **330-535-5711**        Email address    **mmerklin@brouse.com**

**0018195 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **122 Western Avenue, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**      *X* **/s/ Michael Farist**
                                    Signature of individual signing on behalf of debtor

                                      **Michael Farist**
                                    Printed name

                                      **President / CEO**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **122 Western Avenue, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MEGED Funding 1 Princeton Ave Brick, NJ 08724** | | | **Contingent Unliquidated Disputed** | **$473,435.95** | **$0.00** | **$473,435.95** |
| **Mr. Advance, LLC 35-12 19th Ave., Suite 3W Astoria, NY 11105** | | | **Contingent Unliquidated Disputed** | | | **$383,812.50** |
| **Clearview Funding 576 Broadhollow Rd. Melville, NY 11747** | | | **Contingent Unliquidated Disputed** | **$282,343.72** | **$0.00** | **$282,343.72** |
| **Wynwood Capital Group 20200 W. Dixie Highway Miami, FL 33180** | | | **Contingent Unliquidated Disputed** | **$152,104.28** | **$0.00** | **$152,104.28** |
| **Fundersapp, LLC dba Fusion Funding 88 Pine Street, Suite 2202 New York, NY 10005** | | | **Contingent Unliquidated Disputed** | **$69,500.00** | **$0.00** | **$69,500.00** |

Fill in this information to identify the case:

Debtor name   **122 Western Avenue, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................   $     **315,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................   $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................   $     **315,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **1,210,383.95**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     **383,812.50**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b          $     **1,594,196.45**

Fill in this information to identify the case:

Debtor name    **122 Western Avenue, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**      Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **118 and 122 Western Avenue, Akron, OH 44313 Parcel ID 6703733** | _____ | **$0.00** | _____ | **$315,000.00** |

56.   **Total of Part 9.**                                                                                    **$315,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $315,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $315,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $315,000.00 |

**Fill in this information to identify the case:**

Debtor name    **122 Western Avenue, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**   **Clearview Funding**
Creditor's Name

**576 Broadhollow Rd.
Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    **$282,343.72**    **$0.00**

Describe the lien
**UCC Filing**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2**   **Fundersapp, LLC dba Fusion Funding**
Creditor's Name

**88 Pine Street, Suite 2202
New York, NY 10005**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien    **$69,500.00**    **$0.00**

Describe the lien
**UCC Filing**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **MEGED Funding** | Describe debtor's property that is subject to a lien | $473,435.95 | $0.00 |

Creditor's Name

**1 Princeton Ave**
**Brick, NJ 08724**

Creditor's mailing address

Describe the lien
**UCC filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Premier Bank** | Describe debtor's property that is subject to a lien | $233,000.00 | $315,000.00 |

Creditor's Name

**275 West Federal Street**
**Youngstown, OH 44503**

Creditor's mailing address

**118 and 122 Western Avenue, Akron, OH**
**44313**
**Parcel ID 6703733**

Describe the lien
**Mortgage Recorded 6/4/2021 and Assignment**
**of Rents recorded 6/4/2021**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Wynwood Capital Group** | Describe debtor's property that is subject to a lien | $152,104.28 | $0.00 |

Creditor's Name

**20200 W. Dixie Highway**
**Miami, FL 33180**

Creditor's mailing address

Describe the lien
**UCC Filing**

---

Debtor  **122 Western Avenue, LLC**                    Case number (if known) _____
          <sub>Name</sub>

_____
<sub>Creditor's email address, if known</sub>

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$1,210,383.95** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company, as rep**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line __2.2__ | |
| **CT Corporation**<br>**330 N. Brand Blvd., Suite 700**<br>**Glendale, CA 91203** | Line __2.5__ | |
| **CT Corporation**<br>**330 N. Brand Blvd., Suite 700**<br>**Glendale, CA 91203** | Line __2.3__ | |

---

Debtor name **122 Western Avenue, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Attorney General of the United States**
**U.S. Department of Justice Tax Division**
**Civil Trial Section, Northern Region**
**PO BOX 55, Ben Franklin Station**
**Washington, DC 20044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Insolvency Group 6**
**1240 E. Ninth Street, Room 493**
**Cleveland, OH 44199**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **122 Western Avenue, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Office of U.S. Attorney**
**Attn: Bankruptcy Section**
**Carl B. Stokes U.S. Court House**
**801 W. Superior Avenue, Ste 400**
**Cleveland, OH 44113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Ohio Department of Taxation**
**Attn:  Bankruptcy Division**
**30 E. Broad Street, 21st Floor**
**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown

**Summit County Fiscal Officer**
**175 S. Main Street**
**Akron, OH 44308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383,812.50 |

**Mr. Advance, LLC**
**35-12 19th Ave., Suite 3W**
**Astoria, NY 11105**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 383,812.50 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. $ | 383,812.50 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Office Space lease** | |
| State the term remaining | |
| List the contract number of any government contract     _____ | **Roofsmith Restoration Inc.**<br>**122 Western Ave.**<br>**Akron, OH 44313** |

Fill in this information to identify the case:

Debtor name    **122 Western Avenue, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Blue Ocean Group, LLC** | **122 Western Ave.** <br> **Akron, OH 44313** | **Wynwood Capital Group** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Blue Ocean Group, LLC** | **122 Western Ave.** <br> **Akron, OH 44313** | **Clearview Funding** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Blue Ocean Group, LLC** | **122 Western Ave.** <br> **Akron, OH 44313** | **MEGED Funding** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Blue Ocean Group, LLC** | **122 Western Ave.** <br> **Akron, OH 44313** | **Mr. Advance, LLC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.5 | **Michael Farist** | **122 Western Ave.** <br> **Akron, OH 44313** | **Fusion Funding** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.6 | Michael Farist | 122 Western Ave.<br>Akron, OH 44313 | Wynwood Capital<br>Group | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Michael Farist | 122 Western Ave.<br>Akron, OH 44313<br>Guarantor | Premier Bank | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Michael Farist | 122 Western Avenue<br>Akron, OH 44313 | MEGED Funding | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Michael Farist | 122 Western Ave.<br>Akron, OH 44313 | Mr. Advance, LLC | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.10 | Model Home<br>Furnishing, LTD | 122 Western Ave<br>Akron, OH 44303 | Wynwood Capital<br>Group | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Model Home<br>Furnishing, LTD | 122 Western Ave<br>Akron, OH 44303 | Fundersapp, LLC dba<br>Fusion Funding | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Model Home<br>Furnishing, LTD | 122 Western Ave<br>Akron, OH 44303 | Clearview Funding | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Model Home<br>Furnishing, LTD | 122 Western Ave<br>Akron, OH 44303 | MEGED Funding | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **Model Home Furnishing, LTD** | 122 Western Ave<br>Akron, OH 44303 | **Mr. Advance, LLC** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.15 **Roofsmith OPCO Holding Company LLC** | 122 Western Ave<br>Akron, OH 44313 | **Wynwood Capital Group** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **Roofsmith OPCO Holding Company LLC** | 122 Western Ave<br>Akron, OH 44313 | **Fundersapp, LLC dba Fusion Funding** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **Roofsmith OPCO Holding Company LLC** | 122 Western Ave<br>Akron, OH 44313 | **Clearview Funding** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **Roofsmith OPCO Holding Company LLC** | 122 Western Ave<br>Akron, OH 44313 | **MEGED Funding** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 **Roofsmith OPCO Holding Company LLC** | 122 Western Ave<br>Akron, OH 44313 | **Mr. Advance, LLC** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.20 **Roofsmith Restoration - Cincinnati LLC** | 122 Western Ave<br>Akron, OH 44313 | **Wynwood Capital Group** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 **Roofsmith Restoration - Cincinnati LLC** | 122 Western Ave<br>Akron, OH 44313 | **Fundersapp, LLC dba Fusion Funding** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **122 Western Avenue, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Roofsmith Restoration - Cincinnati LLC** | 122 Western Ave Akron, OH 44313 | **Clearview Funding** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.23 | **Roofsmith Restoration - Cincinnati LLC** | 122 Western Ave Akron, OH 44313 | **MEGED Funding** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.24 | **Roofsmith Restoration - Cincinnati LLC** | 122 Western Ave Akron, OH 44313 | **Mr. Advance, LLC** | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.25 | **Roofsmith Restoration - Cleveland, LLC** | 122 Western Ave Akron, OH 44313 | **Wynwood Capital Group** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.26 | **Roofsmith Restoration - Cleveland, LLC** | 122 Western Ave Akron, OH 44313 | **Clearview Funding** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.27 | **Roofsmith Restoration - Cleveland, LLC** | 122 Western Ave Akron, OH 44313 | **MEGED Funding** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.28 | **Roofsmith Restoration - Cleveland, LLC** | 122 Western Ave Akron, OH 44313 | **Mr. Advance, LLC** | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.29 | **Roofsmith Restoration - Columbus, LLC** | 122 Western Ave Akron, OH 44313 | **Wynwood Capital Group** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |

�as

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 **Roofsmith Restoration - Columbus, LLC** | 122 Western Ave Akron, OH 44313 | **Fundersapp, LLC dba Fusion Funding** | ■ D  __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.31 **Roofsmith Restoration - Columbus, LLC** | 122 Western Ave Akron, OH 44313 | **Clearview Funding** | ■ D  __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.32 **Roofsmith Restoration - Columbus, LLC** | 122 Western Ave Akron, OH 44313 | **MEGED Funding** | ■ D  __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.33 **Roofsmith Restoration - Columbus, LLC** | 122 Western Ave Akron, OH 44313 | **Mr. Advance, LLC** | ☐ D ____ <br> ■ E/F  __3.1__ <br> ☐ G ____ |
| 2.34 **Roofsmith Restoration - West Palm Beach** | 122 Western Ave Akron, OH 44313-3000 | **Wynwood Capital Group** | ■ D  __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.35 **Roofsmith Restoration - West Palm Beach** | 122 Western Ave Akron, OH 44313-3000 | **Clearview Funding** | ■ D  __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.36 **Roofsmith Restoration - West Palm Beach** | 122 Western Ave Akron, OH 44313-3000 | **MEGED Funding** | ■ D  __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.37 **Roofsmith Restoration - West Palm Beach** | 122 Western Ave Akron, OH 44313-3000 | **Mr. Advance, LLC** | ☐ D ____ <br> ■ E/F  __3.1__ <br> ☐ G ____ |

| Debtor | **122 Western Avenue, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Roofsmith Restoration Inc.** | 122 Western Ave. Akron, OH 44313 | **Premier Bank** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.39 | **Roofsmith Restoration Inc.** | 122 Western Ave. Akron, OH 44313 | **Clearview Funding** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | **Roofsmith Restoration Inc.** | 122 Western Ave. Akron, OH 44313 | **Fundersapp, LLC dba Fusion Funding** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | **Roofsmith Restoration Inc.** | 122 Western Ave. Akron, OH 44313 | **Wynwood Capital Group** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | **Roofsmith Restoration Inc.** | 122 Western Av. Akron, OH 44313 | **MEGED Funding** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.43 | **Roofsmith Restoration Inc.** | 122 Western Ave. Akron, OH 44313 | **Mr. Advance, LLC** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.44 | **Roofsmith Systems, LLC** | 122 Western Ave Akron, OH 44313 | **Wynwood Capital Group** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.45 | **Roofsmith Systems, LLC** | 122 Western Ave Akron, OH 44313 | **Fundersapp, LLC dba Fusion Funding** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.46 **Roofsmith Systems, LLC** | 122 Western Ave Akron, OH 44313 | Clearview Funding | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.47 **Roofsmith Systems, LLC** | 122 Western Ave Akron, OH 44313 | MEGED Funding | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.48 **Roofsmith Systems, LLC** | 122 Western Ave Akron, OH 44313 | Mr. Advance, LLC | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |

Fill in this information to identify the case:

Debtor name    **122 Western Avenue, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<hr>

**Part 3:**     Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **MEGED Funding Group v. Roofsmith Restoration, Inc.**<br>**512224/2024** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**Kings County**<br>**320 Jay Street**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Mr. Advance LLC v. Roofsmith Restoration, Inc.**<br>**E2024007084** | **Breach of Contract** | **Supreme Court of New York, Monroe County**<br>**99 Exchange Blvd #545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Fundersapp, LLC v. Roofsmith Restoration, Inc.**<br>**607663/2024** | **Breach of Contract** | **Supreme Court of New York, Nassau County**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Wynwood Capital Group LLC v. Roofsmith Restoration, Inc., et al.**<br>**511398/2024** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**Kings County**<br>**320 Jay Street**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<hr>

**Part 4:**     Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Brouse McDowell, LPA<br>388 S. Main Street, Suite 500<br>Akron, OH 44311 | Retainer and Filing Fee | | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Michael Farist | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of this case within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

<span style="background:black;color:white">**Part 8:**</span>    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

<span style="background:black;color:white">**Part 9:**</span>    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

<span style="background:black;color:white">**Part 10:**</span>    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
     List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

     ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

     ■ No.
     ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Farist, Michael** | **122 Western Ave Akron, OH 44313** | **Sole member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024** _____

**/s/ Michael Farist** _____      **Michael Farist** _____

Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President / CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re    **122 Western Avenue, LLC**          Case No. _____

                                 Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President / CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 20, 2024**            **/s/ Michael Farist**

                                         **Michael Farist**/President / CEO
Signer/Title

122 Western Avenue, LLC -


Attorney General of the United States
U.S. Department of Justice Tax Division
Civil Trial Section, Northern Region
PO BOX 55, Ben Franklin Station
Washington, DC 20044


Blue Ocean Group, LLC
122 Western Ave.
Akron, OH 44313


Clearview Funding
576 Broadhollow Rd.
Melville, NY 11747


Corporation Service Company, as rep
PO Box 2576
Springfield, IL 62708


CT Corporation
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


Fundersapp, LLC dba Fusion Funding
88 Pine Street, Suite 2202
New York, NY 10005


Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


MEGED Funding
1 Princeton Ave
Brick, NJ 08724


Michael Farist
122 Western Ave.
Akron, OH 44313

122 Western Avenue, LLC -

Michael Farist
122 Western Avenue
Akron, OH 44313

Model Home Furnishing, LTD
122 Western Ave
Akron, OH 44303

Mr. Advance, LLC
35-12 19th Ave., Suite 3W
Astoria, NY 11105

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Department of Taxation
Attn: Bankruptcy Division
30 E. Broad Street, 21st Floor
Columbus, OH 43215

Premier Bank
275 West Federal Street
Youngstown, OH 44503

Roofsmith OPCO Holding Company LLC
122 Western Ave
Akron, OH 44313

Roofsmith Restoration - Cincinnati LLC
122 Western Ave
Akron, OH 44313

Roofsmith Restoration - Cleveland, LLC
122 Western Ave
Akron, OH 44313

Roofsmith Restoration - Columbus, LLC
122 Western Ave
Akron, OH 44313

122 Western Avenue, LLC -


Roofsmith Restoration - West Palm Beach
122 Western Ave
Akron, OH 44313-3000

Roofsmith Restoration Inc.
122 Western Ave.
Akron, OH 44313

Roofsmith Restoration Inc.
122 Western Av.
Akron, OH 44313

Roofsmith Systems, LLC
122 Western Ave
Akron, OH 44313

Summit County Fiscal Officer
175 S. Main Street
Akron, OH 44308

Wynwood Capital Group
20200 W. Dixie Highway
Miami, FL 33180